## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:20-CV-60147-WPD

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**AKRON TIRE COMPANY, INC, D/B/A DAVIE TIRE OUTLET ET AL**


OJF2020001460

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 24th day of January, 2020 at 4:37 pm to be served on **LEONA FAYE STAFFORD, 809 SE 16 CT, DEERFIELD BEACH, FL 33441-7426**.

I, FELIX ONATE, do hereby affirm that on the **6th day of February, 2020** at **6:05 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **LEONA FAYE STAFFORD** at the address of: **809 SE 16 CT, DEERFIELD BEACH, FL 33441-7426** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

FELIX ONATE
SPS #473

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020001460

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g