# PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

Court: UNITED STATES DISTRICT COURT
Case No.: 20CV60147
County:

**Serve Address:** AKRON TIRE COMPANY, INC., A FLORIDA PROFIT CORPORATION D/B/A DAVIE TIRE OUTLET AND LEONA FAYE STAFFORD, AN INDIVIDUAL

41 SE AVENUE C
BELLE GLADE, FL 33430

**Attorney:** RONALD E. STERN, ESQ
THE ADVOCACY LAW FIRM, P.A
1250 E HALLANDALE BEACH BOULEVARD

**Type of Writ:** SUMMONS & COPY & COPY OF COMPLAINT

**Plaintiff:** RENZO BARBERI

**Defendant:** AKRON TIRE COMPANY, INC., A FLORIDA PROFIT CORPORATION D/B/A DAVIE TIRE OUTLET AND LEONA FAYE STAFFORD, AN INDIVIDUAL

Service Fee ($40.00)
Total: $40.00

Received this Writ on February 3, 2020 at 10:47 AM and served the same on the within named defendant at **10:03 AM** on **February 6, 2020**, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Henry Smith by **Substitute Service** at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: **by leaving with Steve Stafford as REGISTERED AGENT.**

**Attempts:**
2/5/2020 @ 11:24 AM

2/6/2020 @ 10:03 AM

By: *Henry Smith*
Henry Smith  7331